David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*WILBUR C. GIBSON*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILBUR C. GIBSON, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA FINANCE CORP.; MAVERICK FINANCE; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | **Case No. 2:17-cv-01722-JCM-GWF** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO AMERICAN HONDA FINANCE CORP. ONLY** |

Plaintiff WILBUR C. GIBSON and Defendant AMERICAN HONDA FINANCE CORP hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AMERICAN HONDA FINANCE CORP**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: February 9, 2018

By:
/s/*David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
DavidKrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*WILBUR C. GIBSON*

By:
/s/ *Chad C. Butterfield, Esq.*
Chad C. Butterfield, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street
11th Floor
Las Vegas, NV 89101
chad.butterfield@wilsonelser.com

*Attorney for Defendant,*
*AMERICAN HONDA FINANCE CORP.*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2018